# Court of Appeals
# of the State of Georgia

ATLANTA,___May 12, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1477. ROSEMARIE CARTAGENA v. R. L. BUTCH CONWAY**

Rosemarie Cartagena pled guilty to cruelty to children, failure to appear, and theft by taking. Subsequently, Cartagena filed a petition for a writ of habeas corpus. After the superior court denied her petition, Cartagena filed an appeal to this Court.

The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). This appeal is thus TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___05/12/2016___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*